UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN SEH PARK, | No. 2:14-cv-3001 MCE DAD P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner therein seeks expungement of a prison disciplinary conviction on the grounds that it would accelerate his date of parole from state prison.

On March 30, 2015, respondent filed a motion to dismiss the pending federal habeas petition (i) as time-barred, (ii) for failure to present a cognizable basis for federal habeas relief, and (iii) for failure to exhaust the claims for relief in state court. (ECF No. 10.)

On April 13, 2015, in lieu of an opposition to respondent's motion to dismiss, petitioner filed a document entitled "Notice of Motion and Motion to Dismiss Petition Without Prejudice." (ECF No. 12.) Petitioner therein states:

> Having found respondent, argument true, petitioner move for dismissal of this action without prejudice, to permit him an opportunity to give the state supreme court to either pass upon and or correct alleged violations of his federally protected rights, to serve and file a viable complaint and properly address issues of

1

> 'timeliness' and upon giving the 'state' a considerable time to address and resolve alleged violation of petitioner's federal rights, seek federal habeas review and relief based therefrom.

(sic) (Id. at 2.)

The court interprets the quoted statement as a request that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated:  August 27, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
park3001.159